# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

**UNITED STATES OF AMERICA**

        Plaintiff,                COURT NO: **08-10011**

-vs-

                                    HONORABLE: **Paul D. Borman**

**PHILLIP P. PORTER**

        Defendant,

and

**FORMSPRAG CLUTCH**

        **Garnishee./**

## GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and the Garnishee filed an answer on **May 3, 2008**, stating that at the time of the service of the Writ he/she had in his/her possession, or under control personal property belonging to and due Defendant.

On **April 17, 2008** the Defendant was notified of his/her right to a hearing and **has not** requested a hearing to determine exempt property.

The United States is entitled to receive a surcharge, which is ten (10%) percent of the outstanding debt pursuant to 28 U.S.C.§3011. Defendant shall pay the surcharge.

IT IS ORDERED that Garnishee pay **25% of Disposable Income minus Child Support** to the

U.S. Department Of Justice.


                                               s/Paul D. Borman  
                                               PAUL D. BORMAN  
                                               UNITED STATES DISTRICT JUDGE

Dated: May 7, 2008

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 7, 2008.


                                               s/Denise Goodine  
                                               Case Manager